# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER CELESTINE

NO. 2020 KW 0138

MAY 28 2020

---

In Re:   Peter Celestine, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 19-06524.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT